FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS ROBERTO MARTINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DARREL G. ADAMS, Warden,<br><br>        Respondent. | No. CV 05-4057-DSF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge, with the following modifications:

    1.    "use" at p.2, ln. 4 should be "used."

    2.    delete "dating" from the first line of n.4 on page 4.

    3.    "§ 511"at p.15, ln. 21 should be "§ 512."

ACCORDINGLY, IT IS ORDERED:

    1.    The final report and recommendation is adopted, as revised.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6-16-08

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE