FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS ROBERTO MARTINEZ, | No. CV 05-4057-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DARREL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6-16-08

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE